UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK WILLIAM DROESSER, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>　　Defendant. | Case No. 19-cv-12365<br>Honorable Judith E. Levy<br>Magistrate Judge Anthony P. Patti |

## NOTICE OF APPEARANCE

Please take notice that Perry W. Miles IV of the law firm of McGuireWoods LLP enters his appearance on behalf of Defendant Ford Motor Company in the above-captioned matter.

Dated: October 15, 2019

**MCGUIREWOODS LLP**
Counsel for Ford Motor Company

By: */s/ Perry W. Miles IV*
Perry W. Miles IV (Va. Bar 43031)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1039
Facsimile: (804) 698-2122
pmiles@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, the foregoing **Notice of Appearance** was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

MCGUIREWOODS LLP

By: /s/ *Perry W. Miles IV*
　　Perry W. Miles IV
