IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK WILLIAM DROESSER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 19-cv-12365<br>Honorable Judith E. Levy<br>Magistrate Judge Anthony P. Patti |

**STIPULATED ORDER INCREASING PAGE
LIMITATIONS AND ESTABLISHING BRIEFING SCHEDULE**

The matter having come before the Court upon the Stipulation of the undersigned Parties:

1. On August 9, 2019, Plaintiffs filed an 847-page Class Action Complaint with 2,679 paragraphs, 43 exhibits, and 154 counts, including counts asserted under the laws of 47 states and the District of Columbia.

2. On October 15, 2019, this Court granted Defendant Ford Motor Company's *Ex Parte* Application for Excess Pages, increasing the page limit for any motion Ford filed in lieu of an Answer to 35 pages.

3. Later on October 15, 2019, Ford thereafter filed a 35-page Brief in Support of Its Motion to Dismiss Plaintiffs' Class Action Complaint.

4.      Thereafter, counsel for the Parties conferred regarding the need for page-limit and deadline extensions for the remainder of the briefing on Ford's motion to dismiss.

5.      The Parties agree that:

   a. The deadline for Plaintiffs' brief in opposition to Ford's Motion to Dismiss Plaintiffs' Class Action Complaint is extended to **December 2, 2019**;

   b. The page limit for Plaintiffs' brief in opposition is increased to **35 pages**; and

   c. Ford's reply is due on **December 23, 2019**, and the page limit is increased to **15 pages**.

**SO ORDERED.**

Dated: October 23, 2019          s/Judith E. Levy
       Ann Arbor, Michigan       JUDITH E. LEVY
                                 United States District Judge

**STIPULATED AND AGREED TO BY:**

By: /s/ *Stephanie A. Douglas*     Dated: October 22, 2019
Perry W. Miles, IV
Brian D. Schmalzbach (application for admission forthcoming)
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219
(804) 775-1000
pmiles@mcguirewoods.com
bschmalzbach@mcguirewoods.com

Courtney C. Shytle (application for admission forthcoming)
MCGUIREWOODS LLP
1301 Gervais Street
Suite 1050
Columbia, SC 29201
cshytle@mcguirewoods.com

Stephanie A. Douglas (P70272)
Derek J. Linkous (P82268)
Grant A. Newman (P79799)
BUSH SEYFERTH PLLC
100 W. Big Beaver Rd., Ste. 400
Troy, MI 48084
(248) 822-7800
douglas@bsplaw.com
linkous@bsplaw.com
newman@bsplaw.com

*Attorneys for Defendant Ford Motor Company*

By:  /s/ *Robert C. Hilliard* (with consent)  Dated: October 22, 2019
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Robert C. Hilliard
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
bobh@hmglawfirm.com

E. Powell Miller (P39487)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
Fax: (248) 652-2852
epm@millerlawpc.com

Andrew Parker Felix, Esq.
MORGAN & MORGAN, P.A.
20 North Orange Ave., Ste. 1600
P.O. Box 4979
Orlando, FL 32801
Telephone: (407) 244-3204
Facsimile: (407) 245-3334
Andrew@forthepeople.com

*Attorneys for Plaintiffs*