UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK WILLIAM DROESSER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 19-cv-12365<br>Honorable Judith E. Levy<br>Magistrate Judge Anthony P. Patti |

## NOTICE OF APPEARANCE

Please take notice that Brian D. Schmalzbach of the law firm of McGuireWoods LLP enters his appearance on behalf of Defendant Ford Motor Company in the above-captioned matter.

Dated: January 28, 2020

**MCGUIREWOODS LLP** Counsel for
Ford Motor Company


By:  /s/ *Brian D. Schmalzbach*
Brian D. Schmalzbach (Va. Bar 88544)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-4746
Facsimile: (804) 698-2034
bschmalzbach@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, the foregoing **Notice of Appearance** was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                  MCGUIREWOODS LLP

                                      By: /s/ *Brian D. Schmalzbach*
                                                 Brian D. Schmalzbach