UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK WILLIAM DROESSER, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>  Defendant. | Case No. 19-cv-12365<br>Honorable Judith E. Levy<br>Magistrate Judge Anthony P. Patti |

### NOTICE OF APPEARANCE

Please take notice that W. Cole Geddy of the law firm of McGuireWoods LLP enters his appearance on behalf of Defendant Ford Motor Company in the above-captioned matter.

Dated: March 11, 2020

**MCGUIREWOODS LLP** Counsel for
Ford Motor Company


By: /s/ W. Cole Geddy
W. Cole Geddy (Va. Bar 93511)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1128
Facsimile: (804) 698-2328
cgeddy@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, the foregoing **Notice of Appearance** was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

McGuireWoods LLP

By: /s/ *W. Cole Geddy*
W. Cole Geddy