IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK WILLIAM DROESSER, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>   Defendant. | Case No. 19-cv-12365<br>Honorable Judith E. Levy<br>Magistrate Judge Anthony P. Patti |

**FORD MOTOR COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ITS PENDING MOTION TO DISMISS**

Ford Motor Company files this notice of supplemental authority to apprise the Court of authority released after Ford's Motion to Dismiss Plaintiff's Second Amended Complaint was fully briefed. On June 21, 2021, in *Withrow v. FCA US LLC*, No. 19-cv-13214, the United States District Court for the Eastern District of Michigan (Michelson, J.) granted in part FCA US's motion to dismiss allegations regarding FCA US's iteration of the CP4 fuel pump. *See* Ex. A.

Judge Michelson's ruling provides persuasive authority that supports several arguments in Ford's pending Motion to Dismiss, in particular those raised in Argument Sections IV and V of Ford's Motion to Dismiss. *See* EC No. 49, PageID.18209–18232.

Respectfully submitted,

By: /s/ Stephanie A. Douglas

| | |
|---|---|
| Perry W. Miles, IV | Stephanie A. Douglas (P70272) |
| Brian D. Schmalzbach | Derek J. Linkous (P82268) |
| W. Cole Geddy | Grant A. Newman (P79799) |
| MCGUIREWOODS LLP | BUSH SEYFERTH PLLC |
| 800 East Canal Street | 100 W. Big Beaver Rd., Ste. 400 |
| Richmond, VA 23219 | Troy, MI 48084 |
| (804) 775-1000 | (248) 822-7800 |
| pmiles@mcguirewoods.com | douglas@bsplaw.com |
| bschmalzbach@mcguirewoods.com | linkous@bsplaw.com |
| cgeddy@mcguirewoods.com | newman@bsplaw.com |

Courtney C. Shytle
MCGUIREWOODS LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
cshytle@mcguirewoods.com

*Attorneys for Defendant Ford Motor Company*            Dated: June 30, 2021